# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136941 & (15)(16)(17)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MENTOR TOWNSHIP,
       Plaintiff-Appellee,

v

GENE HOY,
       Defendant-Appellant,

and

FLASKA PROPERTIES, LLC,
       Defendant.
_____/

SC: 136941
COA: 283469
Oscoda CC: 06-004028-CE

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 3, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay and motion for miscellaneous relief are DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

p0915